Jmes Williams
Reg-No- N52706
Stateville Corr. Ctr.
P.O. Box 112
Joliet, Illinois 60434

Unite States Clerk of
The Court
219 N. Dearborn St.
Chicago, Illinois 60604
Prisoner Correspondence



FILED
OCT 16 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RE: Status of Case No. 1:17-cv-5076

Dear Clerk of The Court:

How are you doing? Fine I hope. I am writing this brief missive concerning the status of the case.

I've been giving different answers on what is to happen. Also what to do.

I'm in the proess of getting someone to pay the $5 filing fee. But I was told I should have receive a paper from the Court to pay it.

As of to date, I haven't receive such paper telling me anything.

That's why I'm asking for a status of the case.

I thank you ahead of time for your help in this matter.

Sincerely yours,
James Williams

Case: 1:17-cv-05076 Document #: 5 Filed: 10/16/17 Page 3 of 3 PageID #:54

James Williams
Reg. No. N52706
P.O. Box 112
Joliet, Illinois 60434

IL DOC INMATE
LEGAL MAIL

11 OCT 17

United States Clerk of the Court
219 North Dearborn St.
Chicago, Illinois 60604
Prisoner Correspondence



